IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KIRBY B. B.,[1]

    Plaintiff,

        v.                         Civil Action No. 2:22-cv-115

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Having reviewed the Report and Recommendation of the Magistrate Judge, the administrative record, the parties' briefing, and relevant legal authority, and as set forth in the Court's Memorandum Opinion, the Court hereby: **OVERRULES** Plaintiff's Objection (ECF No. 16); **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court (ECF No. 15); **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 10); **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 12); and **AFFIRMS** the final decision of the Commissioner. Judgment is hereby entered in favor of the Commissioner. This case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk to close the case and send a copy of this order to all counsel of record.

    It is so **ORDERED**.

                                                      /s/
                                        Elizabeth W. Hanes
                                        United States District Judge

September 28, 2023

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.